IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
SOUTHERN DIVISION

| | | |
|---|---|---|
| **GREAT LAKES INSURANCE COMPANY, SE, et al.** | § § § § | **PLAINTIFFS/ COUNTER-DEFENDANTS** |
| v. | § | Civil No. 1:22cv20-HSO-BWR |
| **GARY CONLEY and VANESSA CONLEY** | § § § § | **DEFENDANTS/ COUNTER-CLAIMANTS** |

## FINAL JUDGMENT OF DISMISSAL

In accordance with the Order entered this date,

**IT IS, THEREFORE, ORDERED AND ADJUDGED** that, the above-captioned civil action is dismissed without prejudice.

**SO ORDERED** this the 13th day of October, 2022.

*s/ Halil Suleyman Ozerden*
HALIL SULEYMAN OZERDEN
UNITED STATES DISTRICT JUDGE